AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Filed 6/20/11

UNITED STATES OF AMERICA

vs.

OSCAR DAVID ISAZA PINZON

## CRIMINAL COMPLAINT

CASE NUMBER: 6:11-mj- 1271

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 19, 2011, in Orange County, in the Middle District of Florida, defendant committed assault in the special maritime and territorial jurisdiction of the United States and caused interference with flight crew members and attendants, in violation of Title 18, United States Code, Sections 113(a)(4), (a)(5), and Title 49, United States Code, Section 46504, respectively. I further state that I am a Special Agent with FBI, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

José Lema III
Signature of Complainant
Jose Lema III
Special Agent

Sworn to before me and subscribed in my presence,

June 20, 2011 at Orlando, Florida

KARLA R. SPAULDING KRS
~~DONALD P. DIETRICH~~
United States Magistrate Judge
Name & Title of Judicial Officer

Karla R. Spaulding
Signature of Judicial Officer

STATE OF FLORIDA
COUNTY OF ORANGE

Case No.: 6:11-mj-1271

AFFIDAVIT

I, Jose Lema III, being duly sworn, states as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, currently assigned to the Orlando Resident Agency. I have been a Special Agent for 24 years.

2. I am assigned to violent crime investigations and am empowered to conduct investigations of and make arrests for violations of Title 18 and Title 49, United States Code.

3. I submit this affidavit in support of a criminal complaint against OSCAR DAVID ISAZA PINZON ("PINZON") for violations of federal criminal statutes, specifically, assault in violation of Title 18, United States Code, Section 113 (a)(4), (a)(5), and interference with flight crew members and attendants, in violation of Title 49, United States Code, Section 46504.

4. The following information is based on your affiant's personal observations and interviews with witnesses, as well as interviews conducted by other law enforcement officers.

5. On June 19, 2011, American Airlines flight 53 departed from Madrid, Spain en route to Miami, Florida. The aircraft was diverted to the Orlando International Airport (OIA) in Orlando, Florida, because the Miami International Airport was closed due to bad weather. Your affiant responded to OIA after it was reported that a first class passenger on flight 53, PINZON, had been in a fight with two flight attendants

(FA).

6. FA-1 was interviewed by your affiant. FA-1 stated that during the flight, while he was conducting beverage service in the first class section of the airplane, PINZON stopped him and pointed towards his glass, gesturing for a refill. FA-1 picked up PINZON's glass, took it to the galley, filled it up with water, and brought it back to PINZON. FA-1 then continued serving other passengers beverages. While walking back towards the front galley, PINZON stopped FA-1 and told him that he had brought him water. FA-1 told PINZON that he knew that he brought him water. PINZON said, "You know what I was drinking, don't be a fucking clown." PINZON then repeated, "You know what I was drinking, don't be a fucking clown." FA-1 told PINZON, "Don't start." PINZON replied, "You fucking clown." FA-1 said he then retrieved the glass from PINZON's tray and started to walk away. FA-1 then saw PINZON swing his arm towards him. FA-1 then saw PINZON following him to the front of the airplane so he (FA-1) ran towards the front galley to get away from PINZON. FA-1 said PINZON followed him to the front galley where PINZON forcefully pushed him in the chest causing him to fall on top of another FA, FA-2. FA-1 said that he went to the floor in the fetal position to protect himself as PINZON started to punch and kick him. FA-1 said that he then attempted to defend himself with a beverage tray that he (FA-1) had with him. While being punched and kicked, PINZON was screaming something to FA-1, but FA-1 could not understand what PINZON was saying. FA-1 said that, eventually, PINZON was pulled off of him. FA-1 said that once stood up, he saw FA-3 with her hand covering one of her eyes. The altercation occurred over the high seas.

7. FA-2 was interviewed by your affiant. FA-2 stated that, during the flight,

she was in the front galley while the FA's were conducting a beverage service. FA-2 said that she heard a "ruckus" behind her, and then somebody fell on top of her. FA-2 said that she saw FA-1 on the floor, and PINZON swinging his arms towards FA-1. FA-2 said that she saw PINZON punch FA-1. FA-2 stated that she saw another passenger, "O.B.", walking towards the front galley, so she got a cart and blocked the cockpit door. FA-2 said "O.B" took PINZON back to his seat. "O.B." was subsequently identified as PINZON's father.

8. FA-3 was interviewed by your affiant and she provided the following account of the altercation. FA-3 said that during the flight PINZON stopped her in the aisle, pointed towards FA-1 and said, "I told him I wanted another one." PINZON then shook his glass and said FA-1 brought him water instead of scotch. FA-3 said she told PINZON that perhaps FA-1 did not know what PINZON had been drinking, and PINZON said, "No, no, he knew I was drinking scotch. . . he did it on purpose. He better not mess with me." FA-3 said that she told PINZON that she would bring him a scotch. FA-3 then made PINZON a drink and brought it to him. FA-3 said PINZON was still complaining that FA-1 brought him water on purpose. FA-3 told PINZON that if he needed something to let her know and she would get it for him. FA-3 stated that she subsequently saw FA-1 picking up glasses through the cabin and overheard FA-1 tell PINZON that he had previously asked for water and that was why he brought him water. PINZON said, "No, you are a fucking...(unintelligible)." FA-1 said, "Don't call me that name." PINZON said, "You fucking ....(unintelligible)." According to FA-3, FA-1 then picked up the glass that PINZON had and turned towards the front galley. FA-3 saw PINZON got up from his seat to go after FA-1. FA-3 stated FA-1 was in the galley and

went down to the floor as PINZON started punching him. FA-3 said that she saw FA-1 hit PINZON with a beverage tray while trying to defend himself from PINZON. FA-3 said she placed herself between FA-1 and PINZON in an attempt break up the fight, and PINZON punched her in the face. FA-3 stated that the punch landed underneath her right eye. FA-3 said PINZON was taken back to his seat by another passenger. Your affiant observed that FA-3's right eye area was beginning to turn black and blue. Your affiant photographed her injury. American Airlines is headquartered in Dallas, Texas, and is a civil aircraft of the United States.

9. Based on the foregoing facts, and my experience as a Special Agent of the Federal Bureau of Investigation, there is probable cause to believe that OSCAR DAVID ISAZA PINZON violated Title 18, United States Code, Section 113 (a)(4), (a)(5), assault by striking, beating or wounding in the special maritime and territorial jurisdiction of the United States, and Title 49, United States Code, Section 46504, interference with flight crew members and attendants.

FURTHER AFFIANT SAYETH NOT.

José Lema III

Special Agent Jose Lema III
Federal Bureau of Investigation

Subscribed to and sworn before
me this 20th day of June, 2011.

Karla R. Spaulding

DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE